# United States District Court

# Central District of California

```
FILED
CLERK, U.S. DISTRICT COURT
08/13/2025
CENTRAL DISTRICT OF CALIFORNIA
BY        GSA         DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

**Jyx Doe, Plaintiff,**

**v.**

2:25-cv-07630-MEMF-AJR

**Lynne Frick**

**Kibum 'Ki' Lee**

**David (last name unknown)**

**Christmas Brookens**

**Altus W. Hudson**

**Joel C. Koury**

**Flash Shelton**

**Law Office of Michelle Hufford-Cohen**

**Gregory Hoffman**

**LAPD**

**State of California**

**All other members of the Frick Estate (to be identified in discovery)**

**Santa Monica College, Defendants.**

COMPLAINT FOR: SLANDER; LIBEL; LIBEL ON ITS FACE; CALIFORNIA CIVIL CODE § 48

**STATEMENT OF CAUSE**

This complaint arises under California law for defamation, including slander, libel, and libel on its face,

pursuant to California Civil Code §§ 44, 45, 46, and 48. Plaintiff Jyx Doe alleges that Defendants, individually

and collectively, made and published false and defamatory statements concerning Plaintiff, both orally and in

writing, which were unprivileged and caused injury to Plaintiff's reputation, standing, and professional and

personal life. Such statements constitute libel on its face as they directly impute to Plaintiff conduct,

United States District Court

Central District of California

characteristics, and conditions incompatible with the proper exercise of their lawful profession, trade, or office.

# United States District Court
# Central District of California

Plaintiff:

Jyx Doe (Plaintiff proceeding in pro per)

Email: jyxdoe29@gmail.com

**Defendants:**

- Lynne Frick

- David (last name unknown)

- All other members of the Frick Estate

- Christmas Brookens (Judge, Inglewood Courthouse)

- Altus W. Hudson (Presiding Judge, Inglewood Courthouse)

- Joel Christian Koury (Commissioner, Inglewood Courthouse)

- Kibum 'Ki' Lee

- Autumn S. Lee

- Flash Shelton

- Law Office of Michelle Hufford-Cohen

- Gregory Hoffman, Attorney at Law Office of Michelle Hufford-Cohen

- Los Angeles Police Department

- State of California

- Santa Monica College

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 and 1343 because this action arises under the Constitution and laws of the United States, including the right to due process, equal protection, and the right to privacy.

Venue is proper in this district pursuant to 28 U.S.C. § 1391 because the events giving rise to these claims occurred within the Central District of California.

**I. INTRODUCTION**

Plaintiff Jyx Doe, an intersex, agender, disabled, and Black individual, brings this action against Defendants for violations of constitutional rights, harassment, unlawful lockout attempts, abuse of a

disabled person, invasion of privacy, and other related misconduct.

Plaintiff is currently a pre-law student at Santa Monica College, Santa Barbara College, and Long Beach City College, also studying atmospheric science with the career path of becoming an astronaut.

Plaintiff has suffered emotional distress, loss of educational opportunities, housing insecurity, and severe mental anguish due to Defendants' actions. Plaintiff seeks compensatory and punitive damages, as well as injunctive relief to prevent further harm.

## II. CAUSES OF ACTION

- Violation of Constitutional Right to Privacy
- Violation of Due Process (14th Amendment)
- California Penal Code § 647(j)(4) - Nonconsensual Pornography
- Abuse of a Disabled Person
- Harassment and Retaliation
- Discrimination based on Race, Disability, and Gender Identity
- Negligence
- Deliberate Indifference by State Actors

## III. PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court enter judgment in their favor and against Defendants, and award:

1. Compensatory damages in an amount to be determined at trial;
2. Punitive damages against each Defendant to deter future misconduct;
3. Injunctive relief to prevent any lockout or harassment;
4. Attorney's fees and costs (if applicable);
5. Any further relief this Court deems just and proper.

Respectfully submitted,

_____

Jyx Doe, Plaintiff in Pro Per

Name: Jyx Doe
Address: 6401 Wynkoop St.
Los Angeles, CA 90045 (confidential)
Phone: email: jyxdoe29@gmail.com (confidential)
Fax:

In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jyx Doe

Plaintiff

LYNNE FRICK AKA LYNNE FRICK-LEE, KIBUM LEE AKA KILEE, DAVID (LNU), CHRISTMAS BROCKENS, ALTUS W. HUDSON, JOEL C. KOURY, FLASH SHELTON AKA THE SQUATTER HUNTER, LAW OFFICE OF MICHELLE HUFFORD-COHEN, GREGORY HOFFMAN ATTY AT LAW, LAW OFFICE OF MICHELLE HUFFORD-COHEN, LOS ANGELES POLICE DEPARTMENT, STATE OF CALIFORNIA, ALL OTHER MEMBERS OF FRICK ESTATE (TO BE IDENTIFIED IN DISCOVERY), SANTA MONICA COLLEGE, AUTUMN S. LEE

Defendant(s).

CASE NUMBER:

(Enter document title in the space provided above)

Cause(s) of action con't'd from civil cover sheet
(5) (cont'd) California Civil Code § 51 (Unruh Civil Rights Act) - Prohibiting discrimination based on race, disability, gender, sexual orientation, gender identity. ~~(6) California Civil Code § 12940 - Prohibiting harassment and discrimination~~ JXD ~~in housing and public accommodations. (7) California Government Code §~~ JXD
(6) California Civil Code § 52.1 (Bane Act) - Prohibiting interference with civil rights through threats, intimidation, or coercion. (7) California Government Code § 12940 - Prohibiting harassment and discrimination in housing and public accommodations. (8) California Civil Code § 1708.8 - Civil liability for invasion of privacy. (9) California Constitution, Article I, § 1, - Right to privacy. (10) California Constitution, Article I, § 7 - Right to due process. (11) California Civil Code ~~§ for~~ JXD § 45 for libel, (12) California Civil Code

1
Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

for slander, (13) Civil Code § 45a regarding libel on its face, (14) Civil Code § 48a (as applicable for media/broadcast cases requiring correction demand.)

Brief statement of Cause:

Plaintiff Jyx Doe brings this action to seek redress for a coordinated pattern of harassment, stalking, unlawful entry, discrimination, and deprivation of constitutional rights perpetrated by multiple defendants acting both individually and in concert, including judges and commissioners of the Inglewood Courthouse, private individuals, and entities.

Defendants acting under color of state law and/or through private concerted action, have engaged in conduct that:

- Violated Plaintiff's rights to privacy, bodily autonomy, and due process under the U.S. Constitution and California Constitution.
- Targeted Plaintiff for discrimination on the basis of disability, race, sexual orientation, and gender-identity in violation of the ADA, Section 504 of the Rehabilitation Act, and the Unruh Civil Rights Act;
- Used threats, intimidation, and coercion to interfere with Plaintiff's civil rights, in violation of the Bane Act;
- Committed multiple invasions of privacy through unauthorized entry into Plaintiff's residence, recording without consent, and dissemination of private information;
- Caused severe emotional distress, economic harm, and disruption of educational opportunities, and professional opportunities.

2
Page Number
CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT