FILED

Name: Jyx Doe
Address: 6401 Wynkoop Street
Los Angeles, CA, 90045
Phone: _____
Fax: _____

In Pro Per

2025 AUG 15 PM 3:33

CLERK U.S DISTRICT COURT
CENTRAL DIST.
LOS ANGELES
BY: _____ GSA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jyx Doe

Plaintiff

v.

Lynne Frick aka Lynne Frick-Lee, Los Angeles Sheriff's Department, and DOES 1-10, Inclusive, Defendants.

Defendant(s).

CASE NUMBER:

2:25cv 07630-MEMF-AJR

EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION.

TITLE OF PLEADING

Plaintiff Jyx Doe respectfully moves this Court for an emergency Temporary ~~Restraing~~ JDX Restraining Order to halt the scheduled lockout of Plaintiff's residence located at a confidential address JDX in Los Angeles, California, scheduled for August 14, 2025, by the Los Angeles Sheriff's Department.

~~Jurid~~ JDX JURISDICTION AND VENUE — This ~~jurisdiction~~ JDX Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 as this action arises under the Constitution and laws of the United States, including violations of Plaintiff's Fourteenth Amendment ~~Rights~~ JDX rights to due process and equal protection. Venue is proper in this district because the events giving rise ~~to claims~~ JDX to the claims occurred in Los Angeles ~~County~~ JDX.

(cont'd on page 2 of 3)

page 1 of 3

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

(cont'd from page 1 of 3)

1  County, California.

3  STATEMENT OF FACTS — Plaintiff is a disabled, Black, intersex, agender male individual with a registered service animal/Emotional Support Animal. Plaintiff is facing imminent and irreparable harm from an illegal eviction and lockout scheduled for August 14, 2025, without having been granted a trial by jury despite requesting one and despite the pendency of a federal civil rights lawsuit addressing the underlying ~~unla~~ unlawful eviction ~~eviction~~.

Defendant Lynne Frick aka Lynne Frick-Lee, acting as landlord, obtained a writ of possession without proper legal grounds and in violation of California tenant protection laws and federal constitutional protections. The Los Angeles Sheriff's Department is ~~sthe~~ JDX scheduled to carry the lockout. If the lockout occurs, ~~Plain~~ JDX Plaintiff will be rendered homeless and separated from a one-year-old service/emotional support cat ("Astro"), causing irreparable harm

18  ARGUMENT — A TRO is warranted when the movant shows ~~(1)~~ JDX (1) likelihood of success on the merits, ~~(2) likl~~ JDX (2) likelihood of irreparable harm absent relief, (3) balance of equities tipping in the movant's favor, and (4) that an injunction is in the public interest. Plaintiff satisfies all four factors. The eviction order is constitutionally defective, Plaintiff faces immediate irreparable harm, the balance of equities favors preventing homelessness and protecting a service animal/emotional support animal, and the public supports enforcement of constitutional rights.

(cont'd on page 3 of 3)

RELIEF REQUESTED — Plaintiff requests this Court issue an IMMEDIATE TRO:

(1.) Halting the lockout scheduled for August 14, 2025;

(2.) If the lockout has already occured, ordering the immediate restoration of the premises to Plaintiff without fees or conditions;

(3) Two sets of keys, one regular key and one spare key, to all new/changed locks of all entrances of the premises, including, but not limited to, gate entrances and the code to all entrances if the entrance system is electronic. Two sets of keys (physical) must be given to Plaintiff if electronic lock system also has physical locks/keyholes, to premises IMMEDIATELY without fees or conditions.

(4) Ordering the immediate return of Plaintiff's service/emotional support animal ("Astro", a medium-sized, one-year-old gray Russian Blue and Sphynx mixed breed cat) without fees and conditions.

(5) Maintaining the confidentiality of Plaintiff's residential address, ~~address by At~~ phone number, email, and all other contact information by filing under seal.

Respectfully submitted,
Dated August 15, 2025 (Friday)

*Jyx Doe*

Jyx Doe, Plaintiff, In Pro-Per
pending licensed representation.

Electronically Received 06/30/2025 11:22 PM

**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 107783 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Rebecca Hufford-Cohen | | |
| FIRM NAME: Law Offices of Rebecca Hufford-Cohen | | |
| STREET ADDRESS: 468 North Camden Drive Suite 200 | | |
| CITY: Beverly Hills  STATE: CA  ZIP CODE: 90210 | | |
| TELEPHONE NO.: (310)279-5137  FAX NO.: 310-275-1380 | | |
| EMAIL ADDRESS: efilecamden@gmail.com | | |
| ATTORNEY FOR (name): Lynne Frick | | |
| [X] ATTORNEY FOR  [X] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: One Regent Street
MAILING ADDRESS: One Regent Street
CITY AND ZIP CODE: Inglewood, 90301
BRANCH NAME: Inglewood Courthouse

PLAINTIFF/PETITIONER: LYNNE FRICK
DEFENDANT/RESPONDENT: CLAIRE FAULKNER

CASE NUMBER: 25IWUD00724

**WRIT OF**
[ ] EXECUTION (Money Judgment)
[X] POSSESSION OF   [ ] Personal Property
                    [X] Real Property
[ ] SALE

[X] Limited Civil Case (including Small Claims)
[ ] Unlimited Civil Case (including Family and Probate)

1. **To the Sheriff or Marshal of the County of:** Los Angeles
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Lynne Frick
   is the [X] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.
4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Claire Faulkner

   6401 Wynkoop Street
   Los Angeles, CA 90045

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on (date): 6/30/25
   (See type of judgment in item 22.)
6. [ ] Judgment renewed on (dates):
7. **Notice of sale** under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

9. [X] Writ of Possession/Writ of Sale information on next page.
10. [ ] This writ is issued on a sister-state judgment.
    For items 11–17, see form MC-012 and form MC-013-INFO.

| | | |
|---|---|---|
| 11. Total judgment (as entered or renewed) | $ | 0.00 |
| 12. Costs after judgment (CCP 685.090) | $ | 0.00 |
| 13. Subtotal (add 11 and 12) | $ | 0.00 |
| 14. Credits to principal (after credit to interest) | $ | 0.00 |
| 15. Principal remaining due (subtract 14 from 13) | $ | 0.00 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | 0.00 |
| 17. Fee for issuance of writ (per GC 70626(a)(l)) | $ | 40.00 |
| 18. **Total amount due** (add 15, 16, and 17) | $ | 40.00 |

19. Levying officer:
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) .... $ 0.00
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) .... $ 0.00

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date: 07/01/2025    Clerk, by D. Harper, Deputy
David W. Slayton, Executive Officer/Clerk of Court

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.

Page 1 of 3

Form Approved for Optional Use   **WRIT OF EXECUTION**   Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

| | EJ-130 |
|---|---|
| Plaintiff/Petitioner: LYNNE FRICK<br>Defendant/Respondent: CLAIRE FAULKNER | CASE NUMBER:<br>25IWUD00724 |

25. b. [ ] Possession of personal property.
   [ ] If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.
   c. [ ] Sale of personal property.
   d. [ ] Sale of real property.
   e. The property is described [X] below [ ] on Attachment 25e.
   6401 Wynkoop Street, Los Angeles, CA 90045

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

COUNTY OF LOS ANGELES
## SHERIFF'S DEPARTMENT
COURT SERVICES DIVISION

# NOTICE TO VACATE

CASE NUMBER: 25IWUD00724

**TO:** Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor.

By virtue of a **Writ of Possession of Real Property**, a copy of which is attached,

**YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THIS WRIT NOT LATER THAN:** 8/14, 20 25.

SHERIFF'S BRANCH (Name, Address and Telephone Number)

SHERIFF'S DEPARTMENT
CIVIL MANAGEMENT BUREAU
1 REGENT ST #122,
INGLEWOOD, CA 90301
(424) 439-6100

ROBERT G. LUNA, SHERIFF

By: _____ Deputy

Date: 8/9/25

76N654E SH-CI-52 (REV. 12/22)

NOTICE TO VACATE